IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | | | |
|---|---|---|---|---|
| In RE: | JERRY WAYNE CROWLEY | § | Case Number: | 24-41543-MXM-7 |
| | | § | | |
| | Debtor(s) | § | Chapter: | 7 |

**REQUEST FOR NOTICE UNDER BANKRUPTCY RULE 2002**

　　PLEASE TAKE NOTICE THAT Ford Motor Credit Company, LLC hereby gives notice as follows:
Pursuant to 11 U.S.C. §342(f)(1), AIS Portfolio Services, LLC hereby requests that:

　　(i)　　all notices given or required to be given in the case; and
　　(ii)　　all pleadings and correspondence served or required to be served in this case,

regarding Ford Motor Credit Company, LLC should be directed to AIS Portfolio Services, LLC at the following mailing address effective immediately:

　　Attn: Ford Motor Credit Company, LLC Department
　　AIS Portfolio Services, LLC
　　Account: XXXX5113
　　4515 N Santa Fe Ave. Dept. APS
　　Oklahoma City, OK 73118

　　This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9008 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Amitkumar Sharma
　　　　　　　　　　　　　　　　　　　　　　　Amitkumar Sharma
　　　　　　　　　　　　　　　　　　　　　　　Claims Processor
　　　　　　　　　　　　　　　　　　　　　　　Bankruptcy Servicer for Ford Motor Credit Company, LLC
　　　　　　　　　　　　　　　　　　　　　　　AIS Portfolio Services, LLC
　　　　　　　　　　　　　　　　　　　　　　　4515 N Santa Fe Ave. Dept. APS
　　　　　　　　　　　　　　　　　　　　　　　Oklahoma City, OK 73118
　　　　　　　　　　　　　　　　　　　　　　　(817)277-2011, Fax (817) 461-8070
　　　　　　　　　　　　　　　　　　　　　　　ECFNotices@aisinfo.com
　　　　　　　　　　　　　　　　　　　　　　　File # 1624819